IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 09-cr-00313-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAFAEL ARMANDO ALVARADO,

    Defendant.

## MINUTE ORDER[1]

On October 18, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

    1. That on **December 19, 2011**, commencing at 9:00 a.m., the court shall conduct the sentencing hearing in this matter; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: October 18, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.